THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ERNEST MAGGARD, Appellant.— Judgment of the County Court of Nassau county convicting the defendant of burglary in the third degree and petit larceny and order denying motion to set aside the verdict affirmed pursuant to the provisions of section 542 of the Code of Criminal Procedure. Lazansky, P. J., Young, Tompkins and Johnston, JJ., concur; Carswell, J., dissents and votes for reversal and a new trial.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ART J. SMITH, Appellant.— Judgment of conviction of the County Court of Queens county convicting defendant of the crime of perjury unanimously affirmed. The guilt of the defendant was established beyond a reasonable doubt. The exclusion of testimony of which the appellant complains on this appeal constituted harmless error and did not affect the substantial rights of the defendant. (Code Crim. Proc. § 542.) Present — Lazansky, P. J., Hagarty, Scudder, Tompkins and Johnston, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. VINCENT CUNNIFF, Relator, v. ARTHUR W. LAWRENCE and Others, as Members of the Westchester County Park Commission, and Others, Respondents. THE PEOPLE OF THE STATE OF NEW YORK ex rel. EMMETT HOWELL, Relator, v. ARTHUR W. LAWRENCE and Others, as Members of the Westchester County Park Commission, and Others, Respondents. — Proceedings in certiorari to review the dismissal of the relators from the police force of the Westchester county park commission. Determination of the commission unanimously confirmed and each certiorari proceeding dismissed, with fifty dollars costs and disbursements. The proceedings were in conformity with the law. There was ample basis for the finding of guilt. The resolution of September 24, 1934, effected its purposes and lawfully evidenced the findings of guilt as of August 22, 1934. (*Merrick* v. *Merrick*, 266 N. Y. 120, 122.) Present — Lazansky, P. J., Young, Carswell, Tompkins and Johnston, JJ.

In the Matter of the Application of JACOB WANK and Another, Appellants, for a Mandamus Order against THE DEPARTMENT OF HEALTH OF THE CITY OF NEW YORK, Respondent.— Order denying the relators' [petitioners'] motion for a peremptory or an alternative order of mandamus, whereby they sought to require the defendant department of health to rescind its action denying approval of their application to increase the number of cows kept by them from sixty-six to ninety, and further, to issue a permit allowing the relators to keep ninety cows at their dairies and stables, unanimously affirmed, with costs, as a matter of law and not in the exercise of discretion. No opinion. Present — Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ.